**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| KYLE B. PIERCE, | : No. 69 MM 2020 |
| Petitioner | : |
| v. | : |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for Review in the Nature of Complaint in Mandamus" is DENIED.